UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN LYONS,

        Plaintiff,

vs.

Case No. 08-CV-11885
HON. GEORGE CARAM STEEH

J. JAMESON, et al.,

        Defendants.
_____/

## ORDER ACCEPTING SEPTEMBER 3, 2008 REPORT AND RECOMMENDATION (# 22), GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE, AND TRANSFERRING THIS MATTER TO THE WESTERN DISTRICT OF MICHIGAN

Magistrate Michael Hluchaniuk issued a September 3, 2008 Report and Recommendation recommending that the court grant defendants' motion to transfer venue to the Western District of Michigan where all the defendants reside and the alleged incident took place. The Magistrate Judge recommends transferring venue under 28 U.S.C. § 1406 for venue improperly laid in the Eastern District of Michigan or, alternatively, under 28 U.S.C. § 1404 for the convenience of the parties and in the interests of justice. Plaintiff did not oppose the motion, and has not filed timely objections. Having reviewed the matter,

The court hereby ACCEPTS the September 3, 2008 Report and Recommendation. Defendants' motion to transfer venue is hereby GRANTED. It is hereby ORDERED that this matter is transferred to the United States District Court for the Western District of Michigan.

        SO ORDERED.

Dated: September 24, 2008

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 24, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk